# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

JAMEAL GOULD　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　v.　　　　　　　　　　　　　　*　　　Civil No. CCB-17-1937
　　　　　　　　　　　　　　　　　*
MARCIA SHEIN　　　　　　　　　　*
　　　　　　　　　　　　　　　******

## MEMORANDUM

Plaintiff Jameal Gould has filed this *pro se* action alleging legal malpractice in connection with the representation provided by his defense counsel in a criminal case. The defendant, attorney Marcia Shein, has filed a motion to dismiss the complaint. After being advised of the consequences of a failure to do so, plaintiff has not responded to the motion.

The motion will be granted. It appears from the record in the criminal case underlying this action that, after the initial sentence of 175 months in February 2012, and following Gould's appeal to the Fourth Circuit from a denial of his motion under 28 U.S.C. § 2255, Gould and the government agreed upon a sentence of 121 months in December 2014. This court entered an amended judgment to that effect. In light of this agreed-upon amended sentence, plaintiff's claim for legal malpractice does not survive. Moreover, plaintiff's claim is barred by the three-year statute of limitations, because he did not institute this action until July 2017. *See Frederick Road Ltd. Partnership v. Brown & Sturm*, 360 Md. 76, 94-96 (2000); *Fairfax Sav. F.S.B. v. Weinberg and Green*, 112 Md. App. 587, 612-13 (1996); *Berringer v. Steele*, 133 Md. App. 442, 497 (2000). Gould was aware of the facts supporting his claim in February 2012 when he was initially sentenced or, at the latest, in January 2013 when he filed his § 2255 motion. (*See* Ex. D, Pl.'s Pet. 2255, ECF No. 6-6).

A separate order granting defendant's motion to dismiss follows.

Date: January 31, 2018  _____/S/_____
Catherine C. Blake
United States District Judge